UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY | Case No.:  20cv555-LAB (MSB) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CUSTOMATRIX, INC. | |
| Defendant. | |

The joint motion to dismiss (Docket no. 31) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE** and the parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  March 19, 2021

Honorable Larry Alan Burns
United States District Judge